# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KEVIN R. HOLLOMAN and SHANIDA YOUNG, on Behalf of Themselves and on Behalf of Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>G4S SECURE SOLUTIONS (USA) INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 4:19-CV-00297<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENTS

On consideration of Plaintiffs Kevin R. Holloman and Shanida Young and Defendant G4S Secure Solutions (USA) Inc.'s Joint Motion for Approval of Settlement Agreements, the Court, after considering the Motion, as well as the pleadings on file herein, is of the opinion that said Motion is with merit and should be GRANTED. It is hereby

ORDERED that the Settlement Agreements as provided for in Exhibit A to the Motion are APPROVED in their entirety as fair and reasonable resolutions of bona fide disputes under the Fair Labor Standards Act, including the amount to be paid to Plaintiffs as well as the requested attorney's fees and costs. It is further

ORDERED that this case is dismissed in its entirety with prejudice, each party to bear their own fees and costs.

SIGNED this _____ day of _____, 2019.

_____
United States District Judge

/s/ *Tracey Lewis*
Gregg M Rosenberg (USDC SD/TX 7325)
Texas State Bar ID 17268750
Rosenberg Sprovach
3518 Travis, Suite 200
Houston, Texas 77002
Telephone: 713-960-8300
Facsimile: 713-621-6670
Email: gregg@rosenberglaw.com

Tracey D. Lewis, Esq.
Texas State Bar ID 24090230
Rosenberg Sprovach
3518 Travis, Suite 200
Houston, Texas 77002
Telephone: 713-960-8300
Facsimile: 713-621-6670
Email: tracey@rosenberglaw.com

Counsel for Plaintiff
Kevin R. Holloman and Shanida Young

/s/ *Kelly Eisenlohr-Moul*
Kelly Eisenlohr-Moul
Texas Bar ID 24112896
Dinsmore & Shohl, LLP
1100 Peachtree Street, Suite 950
Atlanta, Georgia 30309
Telephone: 470-300-5337
Email: kelly.eisenlohr-moul@dinsmore.com

Abby Elizabeth Chermely (pro hac vice)
Dinsmore & Shohl LLP
255 E. 5th Street, Suite 1900
Cincinnati, Ohio 45202
Telephone: 513-832-5461
Email: abby.chermely@dinsmore.com

Counsel for Defendant
G4S Secure Solutions (USA) Inc.